ANDREWS & ZALEWSKI LLC
Attorneys at Law

JOHN D. ZALEWSKI   4718
LISSA H. ANDREWS   3390
ASB Tower, 1001 Bishop Street, Suite 1540
Honolulu, Hawaiʻi 96813
Email: jdz@andrewszalewski.com
Email: lha@andrewszalewski.com
Phone: (808) 784-4660
Fax: (808) 784-4661

Attorneys for Defendant
ISLAND PARADISE INVESTMENTS
LIMITED PARTNERSHIP, d.b.a.
KALAKAUA GARDENS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DENISE EILAND,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ISLAND PARADISE INVESTMENTS LIMITED PARTNERSHIP,<br><br>　　　　　Defendant. | CASE NO. 1:23-CV-00469-HG-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER**<br><br><br>Trial:　April 22, 2025<br>Judge: The Hon. Helen Gillmor |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and among all parties

and through their respective undersigned counsel, in accordance with Rule 41(a)

(1) (A) (ii) of the Federal Rules of Civil Procedure, that all claims and parties in this civil action are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

This Stipulation has been signed by all parties who have appeared in this action. There are no remaining parties of issues. No motions are pending.

DATED:   Honolulu, Hawaii, October 17, 2024.

/s/ *John D. Zalewski*
JOHN D. ZALEWSKI
LISSA H. ANDREWS
Attorneys for Defendant
ISLAND PARADISE INVESTMENTS
LIMITED PARTNERSHIP, d.b.a.
KALAKAUA GARDENS

/s/ Charles H. Brower
CHARLES H. BOWER
MICHAEL P. HEALY
Attorneys for Plaintiff
DENISE EILAND

APPROVED AND SO ORDERED.

DATED: October 18, 2024, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

DENISE EILAND vs. ISLAND PARADISE INVESTMENTS LIMITED PARTNERSHIP, CASE NO. 1:23-CV-00469-HG-KJM; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER